[No. 45815-9-I.   Division One.   July 9, 2001.]

AMERICAN CHIROPRACTIC CLINIC, INC., *Appellant*, v. ERIC STEPHEN SAUNDERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-17129-4, Jay V. White, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Cox, JJ.

[No. 46046-3-I.   Division One.   July 9, 2001.]

JONATHAN S. BANDER, *Appellant*, v. UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 98-2-21835-5, Glenna Hall, J., entered December 28, 1999 and January 18, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 46204-1-I.   Division One.   July 9, 2001.]

CHARLES RISSMAN, ET AL., *Respondents*, v. FRANK C. TROUPE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-08453-7, Anita L. Farris, J., entered February 14, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 46258-0-I.   Division One.   July 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, PULEFANO S. ATIVALU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02642-6, Joan E. DuBuque, J., entered February 18, 2000. *Affirmed* by unpublished per curiam opinion.